BRIAN E. FROSH
*Attorney General*



ELIZABETH HARRIS
*Chief Deputy Attorney General*

THIRUVENDRAN VIGNARAJAH
*Deputy Attorney General*

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

**(410) 576-6475**

WRITER'S DIRECT DIAL NO.

**(410) 576-7964**

December 7, 2015

The Honorable Richard D. Bennett
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re: *Quesenberry v. Bishop, Jr., et al.*
        Civil Action No. RDB-14-1375

Dear Judge Bennett:

   Pursuant to this Court's order filed October 9, 2015, Respondents are filing the attached post conviction transcript.

        Respectfully submitted,

        /s/

        Edward J. Kelley
        Assistant Attorney General
        Bar No. 27039

  cc: Patrick Quesenberry